IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDY RAY WESSON, #48869-177, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Case 3:17-CV-0317-B-BK |
| | § | |
| FCI FORT WORTH, et al., | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's motion to set aside judgment is GRANTED, and that this case is REOPENED.

IT IS FURTHER ORDERED that this action is TRANSFERRED to the Fort Worth Division for further proceedings. See 28 U.S.C. § 1404(a).[1]

SO ORDERED this 10th day of October, 2017.

*BARBARA M. G. LYNN*
CHIEF JUDGE

---

[1] Plaintiff's motions to proceed *in forma pauperis* and for assistance of the United States Marshal Service to effect service will be pending upon reinstatement of the case. Doc. 13; Doc. 14.